

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Rebecca Koch*
*Assistant United States Attorney*
*Rebecca.koch@usdoj.gov*

*36 S. Charles Street*
*Suite 400*
*Baltimore, MD 21201-3119*

*MAIN: 410-209-4800*
*FAX: 410-962-2310*

August 10, 2022

<u>*Via ECF*</u>
The Honorable Ajmel A. Quereshi
United States Magistrate Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:   <u>Hamilton v. Del Toro</u>
             <u>Civil No: 19-cv-1489-DLB</u>

Dear Judge Quereshi:

     Pursuant to your Order June 21, 2022 (ECF No. 106), I write to update you that the Agency is still deliberating on its response to Plaintiff's demand letter dated July 30, 2022 and received on July 31, 2022.

     The Agency hopes to be in a position to respond to the letter by August 12, 2022.

                                    Very truly yours,

                                    Erek L. Barron
                                    United States Attorney

                                    _____/s/_____
                                    Rebecca A. Koch
                                    Assistant United States Attorney

cc:  Counsel of record by ECF