IN THE U.S. FEDERAL DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| Gary Hamilton ) | Case No.: 19-1489 | |
| ) | | |
| Plaintiff, ) | MOTIONS FOR ENLARGEMENT | |
| ) | OF TIME AND MOTION FOR | |
| ) | COURT TO APPOINT | |
| | REPLACEMENT PLAINTIFF | |
| | COUNSEL | |
| v. | | |
| ) | | |
| ) | TITLE 28 U.S.C.S. | |
| THE SECRETARY OF THE United States ) | SECTION 1915(d)] | |
| Department of the Navy, Carlo Del Tori ) | | |
| Defendant ) | | |
| ) | | |

## PLAINTIFF'S MOTIONS (THOUGH COUNSEL) FOR ENLARGEMENT OF TIME BEYOUD TRAIAL AMD RESET ACCORDINGLY FOR REPLACMENT of PRESENT COUSELOR WITH A COURT APPOINTED ATTORNEY WITH OMPLEX EMPLOYMENT DISCRIMATRION/RETALIATION LITIGATION EXPERIENCE

Plaintiff respectfully moves the Court though counsel (Exhibit 1) to enlarge the time to engage a Replacement Counsel. Counsel would need sufficient time to familiarize his/her-self of the case, to conduct pre-trial briefs and motions, and finally prepare for trial. This motion for enlargement of time is required in such a time extension of an **REASONABLE TIME of at least one-two months**. Such time extension is essential for preparation of pretrial briefs, and at such time to allow for either a legal defense fund defense attorney or private attorney to enter his/her appearance. and conduct activities discussed above..

The subject motions will be filed, though Counsel, with the Court on August 22, 2022 11 a.m. via hand delivery and prior to notification of the same this p.m. August 21, 2022 of the current Counsel of record.