IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GARY HAMILTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL NO. DLB-19-CV-01489** |
| | § | |
| **CARLOS DEL TORO, SECRETARY** | § | |
| **DEPARTMENT OF THE NAVY** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

The undersigned counsel hereby moves to withdraw as Counsel of Record for Plaintiff in the instant case and for reason states:

As the Court is well aware, communication between counsel and Plaintiff had broken down to the extent that counsel's continued appearance on the case would not serve the Plaintiff's interest. Notably, on or about August 22, 2022, Plaintiff himself filed "Plaintiff's Motions (Though Counsel) For Enlargement Of Time Beyoud Traial And Reset Accordingly For Replacment Of Present Couselor With A Court Appointed Attorney With Omplex Employment Discrimatrion/Retaliation Litigation Experience." This filing, counsel believes, obviates the necessity for a Rule 101.2(a) certificate. At this juncture, the interest of justice will be served if Counsel's Motion to Withdraw is granted.

WHEREFORE, the undersigned counsel pray that this motion be granted and for all other relief as serve the interest of justice.

Respectfully Submitted,

**THE GBENJO LAW GROUP**

By: */s/ A. Sampson Gbenjo*
A. Sampson Gbenjo
Federal Bar No.: Ag12145
State Bar No.: 24043047
Email:  **yourlawgroup@yahoo.com**
Huey P. Carter, Jr.
Texas Bar No. 03916750
Email:  **attorneyhpcarter@aol.com**
9009 Bissonnet Street
Houston, TX  77074
Tel.:  (713) 771-4775
Fax:  (713) 771-4784
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on August 24, 2022, a copy of the foregoing was  served on counsel of record by the Court's CM/ECF system.

Rebecca A. Koch
Assistant United States Attorney
Bar number: 802108
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
Telephone: (301) 344-4233
Facsimile: (410) 962-2310
rebecca.koch@usdoj.gov
*Counsel for Defendant*

*/s/ A. Sampson Gbenjo*
A. Sampson Gbenjo