IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY HAMILTON ) | |
| ) | |
| Plaintiff, ) | Case No. 8:19-cv-01489-DLB |
| ) | |
| v. ) | Jury Trial Demand |
| ) | |
| CARLOS DEL TORO, SECRETARY, ) | |
| DEPARTMENT OF THE NAVY ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Attorney David A. Branch of the Law Office of David A. Branch and Associates, PLLC, as counsel of record for Plaintiff Gary Hamilton.

Date: August 30, 2022

Respectfully submitted,

  /s/ David A. Branch
David A. Branch, Esq.
Bar No. 22862
The Law Office of David A. Branch &
Associates, PLLC
1828 L Street, N.W., Suite 820
Washington, D.C. 20036
Phone: (202) 785-2805
Fax: (202) 785-0289
Email: davidbranch@dbranchlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August 2022 that a copy of the foregoing Notice of Appearance was served electronically via the Court's CM/ECF e-filing system on counsel for Defendant listed below:

Rebecca A. Koch
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
Phone: (301) 344-4233
Fax: (410) 962-2310
Email: Rebecca.koch@usdoj.gov

                                                    */s/ David A. Branch*
                                                    David A. Branch, Esq.